UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUST IMAGE, LLC,

                    Plaintiff,

– against –

U.S.-CUBA TRADE & ECONOMIC
COUNCIL, INC.,

                    Defendant.

**ORDER**

23-cv-10539 (ER)

RAMOS, D.J.:

      John Kavulich has filed a notice of pro se appearance, Doc. 8, and motion for permission for electronic filing, Doc. 10, presumably on behalf of Defendant U.S.-Cuba Trade & Economic Council, Inc.  It is well settled, however, that a corporation may appear in federal court only through an attorney and may not proceed pro se.  *See, e.g.*, *Kaplan v. Bank Saderat PLC*, 77 F.4th 110, 116 n.8 (2d Cir. 2023); *Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011).  Accordingly, the motion for permission for electronic filing is DENIED.  The Clerk of Court is respectfully directed to terminate the motion, Doc. 10.

      SO ORDERED.

Dated:    January 30, 2024
              New York, New York

                                                  Edgardo Ramos, U.S.D.J.